UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| JIM BASS HOLDEN, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> WARDEN SANDIE, *et al.*, ) <br> ) <br> Respondents. ) <br> _____/ | 3:15-cv-00374-RCJ-WGC <br><br> **ORDER** |

Petitioner has submitted an application to proceed *in forma pauperis* and a habeas petition. ECF No. 1.

The matter has not been properly commenced because the pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both an inmate account statement for the past six months and a properly executed financial certificate. Petitioner did not attach a financial certificate or an inmate account statement for the past six months. The application therefore is incomplete.

Further, the court notes that petitioner has a pending habeas proceeding in this court (2:14-cv-00894-APG-PAL) in which he is challenging the same conviction and sentence he seeks to challenge with the habeas petition submitted herein. ECF No. 1-1, p. 1. That proceeding is currently stayed to allow petitioner to exhaust state court remedies for claims raised therein. See ECF No. 17

in Case No. 2:14-cv-00894-APG-PAL.  With the lone ground for relief contained in his newly-submitted petition, petitioner appears to dispute the Nevada Supreme Court's recent disposition of a state post-conviction proceeding related to his stayed federal case.  Rather than be the subject of a new habeas proceeding, that issue is more properly raised in Case No. 2:14-cv-00894-APG-PAL after the stay is lifted.

The application for leave to proceed *in forma pauperis* therefore will be denied, and the present action will be dismissed.

**IT THEREFORE IS ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** and that this action shall be **DISMISSED**.

**IT FURTHER IS ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT FURTHER IS ORDERED** that the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 25th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE